IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   09-cv-01867-PAB-MJW

MARK RUDOLPH, et al,

Plaintiff(s),

v.

PENTAGROUP FINANCIAL, LLC,

Defendant(s).

## MINUTE ORDER

     It is hereby ORDERED that the Stipulated Motion to Vacate and Reset Settlement Conference, DN 14, filed with the Court on December 2, 2009, is GRANTED.  The Settlement Conference set on December 2, 2009, at 10:00 a.m., is VACATED and RESET January 12, 2010 at 9:00 a.m.  Confidential Settlement Statements shall be submitted to the Court on or before January 6, 2010.  All counsel and their clients shall appear in person for the Settlement Conference.

Date:  December 7, 2009